UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARLIGHT STUDIOS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:23-cv-09064 (KPF) |
| | ) |
| MT. HAWLEY INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered the Parties' Joint Stipulation of Dismissal without Prejudice (the "Stipulation"). The Court, noting that the Joint Stipulation is agreed, is of the opinion that the Joint Stipulation should be granted.

THEREFORE, it is ORDERED that all causes of action asserted in the above-styled and numbered case are hereby dismissed, without prejudice, reserving all rights for Starlight Studios, LLC to pursue its claims against Mt. Hawley Insurance Company in the Southern District of New York, Case No. 1:23-cv-07599-JHR, and with costs to be taxed against the party incurring same.

New York, New York, this  8th  day of  December , 2023.

*[signature: Katherine Polk Failla]*

**UNITED STATES DISTRICT JUDGE**
**HON. KATHERINE POLK FAILLA**